ROBERT J. BLUM, as Assignee for the Benefit of Creditors of FREY & HORGAN CORPORATION, Respondent, *v.* FRESH GROWN PRESERVE CORPORATION, Appellant.

Submitted May 17, 1943; decided May 27, 1943.

*Robert J. Blum,* in person, for motion.
*Isador Goetz* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, upon the ground that no appeal can be taken until judgment has been entered upon the decision of the Appellate Division.   (See 290 N. Y. 759.)